UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**Jeronimo Quiroz Lizarraga**,<br><br>　　　　　　　Defendant. | CASE NO.:   22CR1708-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing/Trial Setting scheduled for October 21, 2022 to December 9, 2022 at 1:30 p.m. be granted. For the reasons set forth in the joint motion, it is further ordered that time is excluded from the Speedy Trial Act.

　　　IT IS SO ORDERED.

Dated:  October 13, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge